UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Tony N. Taylor, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Inflection Risk Solutions, LLC,<br><br>Defendant. | Case No. 0:20-cv-02266-PAM-DTS<br><br>**NOTICE OF CHANGE OF ADDRESS** |

_____

PLEASE TAKE NOTICE that Plaintiffs' Counsel E. Michelle Drake and John G. Albanese of Berger Montague PC have a change of office address. Updated address for Berger Montage PC is: 1229 Tyler Street NE, Suite 205, Minneapolis, MN 55413.

Email, phone, and facimile remain the same, as does co-counsel's contact information.

| | |
|---|---|
| Dated: June 2, 2021 | BERGER MONTAGUE PC<br><br>By:/s/John G. Albanese<br>E. Michelle Drake, # 0387366<br>John G. Albanese, # 0395882<br>1229 Tyler Street NE, Suite 205<br>Minneapolis, MN 55413<br>emdrake@bm.net<br>jalbanese@bm.net<br>Telephone: 612-594-5999<br>Facsimile: 612-584-4470<br><br>and<br><br>GOOLSBY LAW OFFICE, LLC<br>John H. Goolsby, #0320201 |

2

                                                    475 Cleveland Ave. N, Suite 212
                                                  Saint Paul, MN 55104
                                                  Telephone: (651) 646-0153
                                                  jgoolsby@goolsbylawoffice.com

                                                  Attorneys for Plaintiff and the Classes