## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Tony N. Taylor, on behalf of himself and all others similarly situated,

    *Plaintiff*,

    v.

Inflection Risk Solutions, LLC,

    *Defendant*.

No. 0:20-cv-02266-PAM-JFD

**STIPULATION FOR STAY**

NOW COME Plaintiff Tony N. Taylor and Defendant Inflection Risk Solutions, LLC, by their undersigned counsel, and respectfully state as follows:

WHEREAS, Plaintiff filed the operative Second Amended Complaint on October 20, 2021 (ECF No. 56), and Defendant answered on November 3, 2021 (ECF No. 57).

WHEREAS, the Court had entered a Scheduling Order in this matter on April 14, 2021 (ECF No. 34), outlining deadlines through trial ready date of August 1, 2022.

WHEREAS, the parties have commenced discovery, with each party having served and responded to a first set of written discovery and making document productions.

WHEREAS, the parties have been extensively meeting and conferring regarding the production of additional documents and data from Defendant including information necessary for meaningful settlement discussions;

WHEREAS, a mediation is scheduled for this matter, on December 7, 2021 with third party neutral Nicholas May, Esq.;

WHEREAS, to allow the parties to focus on settlement discussions, the parties agree that a stay of this matter would be appropriate, pending mediation.

WHEREFORE, subject to this Court's approval, the parties hereby STIPULATE AND AGREE and request that the Court order as follows:

1. The litigation of this matter is to be stayed until December 15, 2021 to allow the parties to attend mediation and conduct any subsequent discussions.

2. The pending scheduling deadlines are vacated.

3. By December 15, 2021, the parties shall inform the Court whether mediation was successful, and if unsuccessful, provide the Court a schedule for resuming litigation of this matter.

Respectfully submitted,

Dated: November 3, 2021	/s/John G. Albanese
BERGER MONTAGUE PC
John G. Albanese, Bar No. 0395882
E. Michelle Drake, Bar No. 0387366
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999
F. 612.584.4470
jalbanese@bm.net
emdrake@bm.net

GOOLSBY LAW OFFICE, LLC
John H. Goolsby, Bar No. 0320201
475 Cleveland Ave N, Suite 212
Saint Paul, MN 55104
T. 651.646.0153
jgoolsby@goolsbylawoffice.com

*Attorneys for Plaintiff*

/s/Megan P. Mitchell
LATHROP GPM LLP
Neil S. Goldsmith, Bar No. 391906
500 IDS Center

80 South 8th Street
Minneapolis, MN 55402
T. 612.632.3000
neil.goldsmith@lathropgpm.com

ARNALL GOLDEN GREGORY LLP
Henry M. Perlowski*
Megan P. Mitchell*
T. Chase Ogletree*
171 17th Street NW, Suite 2100
Atlanta, GA 30363
T. 404.873.8500
henry.perlowski@agg.com
megan.mitchell@agg.com
chase.ogletree@agg.com
*admitted *pro hac vice*

*Attorneys for Defendant*