UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Tony N. Taylor, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>Inflection Risk Solutions, LLC,<br><br>      Defendant. | Case No. 0:20-cv-02266-PAM-JFD<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff Tony N. Taylor ("Plaintiff" or the "Class Representative"), individually and on behalf of the proposed Settlement Classes, respectfully moves the Court for preliminary approval of a proposed settlement with Defendant Inflection Risk Solutions, LLC ("Defendant"). The Class Representative respectfully requests the Court: (1) preliminarily approve the proposed settlement, (2) certify the Settlement Classes for settlement purposes, (3) direct notice to be distributed to the Classes, and (4) schedule a final fairness hearing. Defendant does not oppose the relief sought in this Motion.

BERGER MONTAGUE PC

Date:  May 26, 2022

/s/E. Michelle Drake
John G. Albanese, Bar No. 0395882
E. Michelle Drake, Bar No. 0387366
Ariana Kiener, Bar No. 0402365
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999
F. 612.584.4470
jalbanese@bm.net
emdrake@bm.net
akiener@bm.net

1

GOOLSBY LAW OFFICE, LLC
John H. Goolsby, Bar No. 0320201
475 Cleveland Ave N, Suite 212
Saint Paul, MN 55104
T. 651.646.0153
jgoolsby@goolsbylawoffice.com

*Attorneys for Plaintiff*