# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Tony N. Taylor, on behalf of himself and all others similarly situated, | No. 0:20-cv-02266-PAM-JFD |
| Plaintiff, | **MOTION FOR ATTORNEYS' FEES, COSTS, CLASS REPRESENTATIVE SERVICE AWARD** |
| v. | |
| Inflection Risk Solutions, LLC, | |
| Defendant. | |

_____

Plaintiff Tony Taylor ("Class Representative") and Class Counsel respectfully move the Court for an award of attorneys' fees, costs, and a Class Representative Service Award in connection with the class action settlement in the above-captioned matter. For the reasons discussed in the accompanying memorandum, the Class Representative and Class Counsel respectfully move this Court to approve with the Final Approval Order:

  a) Awarding Class Counsel one-third of the Settlement Fund as attorneys' fees;

  b) Reimbursement of Class Counsel's out-of-pocket costs; and

  c) A Service Award of $7,500 to the Class Representative.

For good cause shown, the Motion should be granted.

Respectfully submitted,

Dated: October 14, 2022

/s/John G. Albanese
BERGER MONTAGUE PC
John G. Albanese, Bar No. 0395882

E. Michelle Drake, Bar No. 0387366
Ariana Kiener, Bar No. 0402365
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999
F. 612.584.4470
jalbanese@bm.net
emdrake@bm.net
akiener@bm.net

GOOLSBY LAW OFFICE, LLC
John H. Goolsby, Bar No. 0320201
475 Cleveland Ave N, Suite 212
Saint Paul, MN 55104
T. 651.646.0153
jgoolsby@goolsbylawoffice.com

*Class Counsel*

2