UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Tony N. Taylor, on behalf of himself and all others similarly situated, | No. 0:20-cv-02266-PAM-JFD |
| Plaintiff, | **MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| Inflection Risk Solutions, LLC, | |
| Defendant. | |

_____

Plaintiff Tony Taylor ("Class Representative") respectfully moves the Court for an Order granting final approval the Parties' settlement, and approving the Settlement Fund distributions. Defendant does not oppose the relief sought in this Motion.

Respectfully submitted,

Dated: November 4, 2022

/s/Ariana B. Kiener
BERGER MONTAGUE PC
John G. Albanese, Bar No. 0395882
E. Michelle Drake, Bar No. 0387366
Ariana Kiener, Bar No. 0402365
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999
F. 612.584.4470
jalbanese@bm.net
emdrake@bm.net
akiener@bm.net

GOOLSBY LAW OFFICE, LLC
John H. Goolsby, Bar No. 0320201

475 Cleveland Ave N, Suite 212
Saint Paul, MN 55104
T. 651.646.0153
jgoolsby@goolsbylawoffice.com

*Class Counsel*